```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-01511-RNO
Daniel J. Chatterton                                                    Chapter 13
    Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: REshelman             Page 1 of 1              Date Rcvd: Dec 22, 2016
                                Form ID: pdf010             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db            +Daniel J. Chatterton,   763 South Railroad Street,   Palmrya, PA 17078-2455
              +KC Lawn Care & Construction,   Attn: Kevin Bonner , Owner,   1500 Paxton Street,
                Harrisburg, PA 17104-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                               Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike   on behalf of Debtor Daniel J. Chatterton tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1-16-01511-RNO
DANIEL J. CHATTERTON, :
: CHAPTER 13
Debtor :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that KC Lawn Care & Construction, Attn: Kevin Bonner, Owner, 1500 Paxton Street, Harrisburg, Pennsylvania 17104, the employer of the Debtor Daniel J. Chatterton, is hereby directed to deduct from the weekly salary of Daniel J. Chatterton the sum of $131.25 commencing December 2016, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that KC Lawn Care & Construction shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: December 22, 2016