```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01511-RNO
Daniel J. Chatterton                                                Chapter 13
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman            Page 1 of 1            Date Rcvd: Jun 08, 2017
                               Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db          +Daniel J. Chatterton,   763 South Railroad Street,   Palmrya, PA 17078-2455
cr          +Thomas & Sarah Lane,   16041 NW 112th Court,   Reddick, FL 32686-2932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Creditor Thomas & Sarah  Lane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Tracy Lynn Updike    on behalf of Debtor Daniel J. Chatterton tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANIEL J. CHATTERTON

    Debtor(s)

THOMAS W. LANE
SARAH H. LANE

    Movant(s)

vs.

DANIEL J. CHATTERTON

    Respondent(s)

Chapter: 13

Case Number: 1-16-bk-01511 RNO

Document No.: 50

Nature of Proceeding: **Motion for Relief from Stay**

## ORDER

Upon consideration of the statement in open court, at a hearing held on June 8, 2017, that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by July 8, 2017, the Court may deny this Motion without further notice.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(BI)

Date: June 8, 2017