```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 16-01511-RNO
Daniel J. Chatterton                                               Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1       User: REshelman         Page 1 of 1         Date Rcvd: Jun 22, 2017
                           Form ID: pdf010         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Daniel J. Chatterton,    763 South Railroad Street,    Palmrya, PA 17078-2455
               +KC Lawn Care and Construction,    1500 Paxton Street,    Harrisburg, PA 17104-2615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum     on behalf of Creditor Thomas & Sarah  Lane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman     on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon     on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
              Tracy Lynn Updike     on behalf of Debtor Daniel J. Chatterton tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    CASE NO. 1-16-01511-RNO
DANIEL J. CHATTERTON,               :
                                    :    CHAPTER 13
    Debtor                          :

## ORDER TO PAY SECURED
## CREDITOR THOMAS AND SARAH LANE

The Motion of the Debtor for a wage attachment having come this day before the Court, it is:

**HEREBY ORDERED** that until further Order of this Court the entity from whom the Debtor, Daniel J. Chatterton, receives income:

**KC LAWN CARE & CONSTRUCTION**
**1500 PAXTON STREET**
**HARRISBURG, PA 17104**

deduct from said income of Debtor, Daniel J. Chatterton, the sum of **$64.00** from each weekly paycheck, beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter for **forty-nine (49) weeks**, and to remit the deductible sum to:

**THOMAS W. LANE**
**SARAH H. LANE**
**16041 NW 112TH COURT**
**REDDICK, FL 32686**

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court or expiration of the forty-nine (49) weeks.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: June 22, 2017