```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01511-RNO
Daniel J. Chatterton                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman          Page 1 of 1          Date Rcvd: Jul 05, 2017
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db              +Daniel J. Chatterton,   763 South Railroad Street,   Palmrya, PA 17078-2455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Creditor Thomas & Sarah  Lane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
              Thomas Song    on behalf of Creditor   Ditech Financial LLC thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              Tracy Lynn Updike    on behalf of Debtor Daniel J. Chatterton tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DANIEL J. CHATTERTON : | CASE NO. 1-16-01511-RNO |
|     Debtor : | CHAPTER 13 |
| : | |
| THOMAS W. LANE : | |
| SARAH H. LANE : | |
|     Movant : | |
| : | |
|   v. : | |
| : | |
| DANIEL J. CHATTERTON : | |
|     Respondent : | |
| : | |
| and : | |
| : | |
| CHARLES J. DEHART III, ESQUIRE : | |
|     Trustee : | |

## ORDER APPROVING STIPULATION

Upon consideration of Stipulation for Settlement of Thomas W. Lane and Sarah H. Lane Motion for Relief From the Automatic Stay;

**IT IS HEREBY ORDERED AND DECREED** that the Stipulation is approved.

By the Court,

Dated: July 5, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)