LOCAL BANKRUPTCY FORM 5071-1
THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | 11 U.S.C. §362 |
| Movant | : | |
| v. | : | Name of Proceeding: MOTION FOR |
| DANIEL J. CHATTERTON | : | RELIEF FROM THE AUTOMATIC |
| A/K/A DAN J. CHATTERTON | : | STAY |
| Respondent | | |
| | | Document # 62 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance:

**Parties are trying to resolve the matter and request to continue to January 25, 2018**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

**Dated:
December 19, 2017**

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.song@phelanhallinan.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | 11 U.S.C. §362 |
| Movant | : | |
| v. | : | Name of Proceeding: MOTION FOR |
| DANIEL J. CHATTERTON | : | RELIEF FROM THE AUTOMATIC |
| A/K/A DAN J. CHATTERTON | : | STAY |
| Respondent | | |
| | | Document # 62 |

## CERTIFICATION OF SERVICE

TO THE BANKRUPTCY COURT CLERK:

Service upon the following persons was made by sending a true and correct copy of the Request to Continue Hearing/Trial with Concurrence by first class mail or electronic means on the date listed below.

CHARLES J DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

DANIEL J. CHATTERTON
763 SOUTH RAILROAD STREET
PALMYRA, PA 17078

TRACY LYNN UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD STE. 201
HARRISBURG, PA 17110

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

DATE: December 19, 2017

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.song@phelanhallinan.com