THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

**MOTION OF DITECH FINANCIAL LLC TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO**
**January 25, 2018**

Movant, by its attorneys, PHELAN, HALLINAN, DIAMOND & JONES LLP, hereby requests that this Honorable Court continue the hearing on Motion for Relief from the Automatic Stay, and in support thereof, avers as follows:

1. A hearing is scheduled for December 21, 2017 on the Motion for Relief filed on behalf of **DITECH FINANCIAL LLC**

2. On or about September 15, 2017, Movant filed a Motion for Relief.

3. On or about September 18, 2017, Respondents' counsel filed a response to the Motion for Relief.

4. On or about September 19, 2017, the hearing on the Motion for Relief was continued.

5. On or about November 16, 2017, the hearing on the Motion for Relief was continued.

6. The parties are in agreement that the hearing on the Motion for Relief should be continued due to the fact parties are attempting to negotiate a settlement.

7. Movant therefore respectfully requests a postponement of the hearing scheduled for December 21, 2017 to January 25, 2018.

WHEREFORE, Movant respectfully requests that this Court enter an Order continuing the hearing on the Motion for Relief from the Automatic Stay to January 25, 2018 hearing date.

Dated: December 19, 2017

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: thomas.song@phelanhallinan.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

CERTIFICATE OF SERVICE

     I hereby certify that on December 19, 2017, I caused to be mailed a true and correct copy of the Motion of **DITECH FINANCIAL LLC** to Continue Hearing on Motion for Relief from the Automatic Stay to January 25, 2018 to the following individuals at the addresses listed below by First Class Mail or electronic means:

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

DANIEL J. CHATTERTON
763 SOUTH RAILROAD STREET
PALMYRA, PA 17078

TRACY LYNN UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD STE 201
HARRISBURG, PA 17110

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17108

    /s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: thomas.song@phelanhallinan.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

**ORDER GRANTING MOTION OF DITECH FINANCIAL LLC TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO January 25, 2018**

Upon consideration of the Movant's Motion to Continue Hearing on the Motion for Relief from the Automatic Stay, and there being no objection by the Debtors, it is hereby

ORDERED that the hearing scheduled for December 21, 2017, is continued to January 25, 2018.

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that on December 19, 2017, I have concurrence that the hearing on the Motion for Relief from Automatic Stay filed on behalf of **DITECH FINANCIAL LLC** may be continued.

Dated: December 19, 2017

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: thomas.song@phelanhallinan.com