```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01511-RNO
Daniel J. Chatterton                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: REshelman           Page 1 of 1           Date Rcvd: Dec 20, 2017
                             Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db          +Daniel J. Chatterton,    763 South Railroad Street,    Palmrya, PA 17078-2455
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Creditor Thomas & Sarah  Lane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Jerome B Blank    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    DITECH FINANCIAL LLC thomas.song@phelanhallinan.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
              Tracy Lynn Updike    on behalf of Debtor 1 Daniel J. Chatterton tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

### ORDER GRANTING MOTION OF DITECH FINANCIAL LLC TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO January 25, 2018

Upon consideration of the Movant's Motion to Continue Hearing on the Motion for Relief from the Automatic Stay, and there being no objection by the Debtors, it is hereby

ORDERED that the hearing scheduled for December 21, 2017, is continued to January 25, 2018, at 10:00 AM at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, Pennsylvania, it is

FURTHER ORDERED that the automatic stay shall remain in effect until the conclusion of the continued hearing.

Dated: December 20, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)