U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

## AMENDED ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 763 SOUTH RAILROAD STREET, PALMYRA, PA 17078.

Upon consideration of Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 763 SOUTH RAILROAD STREET, PALMYRA, PA 17078(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Case 1:16-bk-01511-RNO    Doc 71    Filed 01/24/18    Entered 01/24/18 09:21:44    Desc
Main Document    Page 1 of 2

*Rev. 09/01/14*

# U.S. BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL J. CHATTERTON | : | BK. No. 1:16-bk-01511-RNO |
| A/K/A DAN J. CHATTERTON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | |
| DANIEL J. CHATTERTON | : | 11 U.S.C. §362 |
| A/K/A DAN J. CHATTERTON | : | |
| Respondent | | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Amended Order of **DITECH FINANCIAL LL** by first-class mail or by electronic means on January 24, 2018.

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

TRACY LYNN UPDIKE, ESQUIRE
2080 Linglestown Road Ste 201
Harrisburg, PA 17110

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

DANIEL J. CHATTERTON
763 SOUTH RAILROAD STREET
PALMYRA, PA 17078

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com