In re:                                                          Case No. 16-01511-RNO
Daniel J. Chatterton                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Jan 25, 2018
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Daniel J. Chatterton,    763 South Railroad Street,    Palmrya, PA 17078-2455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Creditor Thomas & Sarah  Lane gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Jerome B Blank    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor   DITECH FINANCIAL LLC pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mario John Hanyon    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
          Thomas  Song    on behalf of Creditor   DITECH FINANCIAL LLC pamb@fedphe.com
          Thomas  Song    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
          Tracy Lynn Updike    on behalf of Debtor 1 Daniel J. Chatterton tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 10

## U.S. BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| **DANIEL J. CHATTERTON** | : | **BK. No. 1:16-bk-01511-RNO** |
| **A/K/A DAN J. CHATTERTON** | : | |
| **Debtor** | : | **Chapter No. 13** |
| | : | |
| **DITECH FINANCIAL LLC** | : | |
| **Movant** | : | |
| **v.** | : | |
| **DANIEL J. CHATTERTON** | : | **11 U.S.C. §362** |
| **A/K/A DAN J. CHATTERTON** | : | |
| **Respondent** | | |

### AMENDED ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 763 SOUTH RAILROAD STREET, PALMYRA, PA 17078.

Upon consideration of Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 763 SOUTH RAILROAD STREET, PALMYRA, PA 17078(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated: January 24, 2018

By the Court,

_____

Robert N. Opel, II, Chief Bankruptcy Judge (DG)