# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DANIEL J. CHATTERTON
            AKA: DAN J. CHATTERTON         CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant

                                             CASE NO:   1-16-01511-RNO

DANIEL J. CHATTERTON
AKA: DAN J. CHATTERTON

            Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on July 25, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of July 25, 2018, the Debtor(s) is/are $337.50 in arrears with a plan payment having last been made on Dec 26, 2017

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                 Respectfully Submitted,
                                                /s/ Liz Joyce
                                                for Charles J. DeHart, III, Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097

Dated: July 25, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL J. CHATTERTON
AKA: DAN J. CHATTERTON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

DANIEL J. CHATTERTON
AKA: DAN J. CHATTERTON

CASE NO: 1-16-01511-RNO

Respondent(s)

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 25, 2018.

SCHIFFMAN, SHERIDAN & BROWN, PC
TRACY L UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD, SUITE 201
HARRISBURG, PA 17110-

DANIEL J. CHATTERTON
763 SOUTH RAILROAD STREET
PALMRYA, PA 17078

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 25, 2018