```
                              United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                            Case No. 16-01511-RNO
Daniel J. Chatterton                                                              Chapter 13
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2           Date Rcvd: Jul 26, 2018
                               Form ID: pdf010              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db             +Daniel J. Chatterton,    763 South Railroad Street,    Palmrya, PA 17078-2455
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4775312        +Bureau of Account Management,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6904
4775313        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4775317        +First Collect,    Po Box 102,   Lewes, DE 19958-0102
4912791        +Gary J. Imblum, Esquire,    Imblum Law Offices, P.C.,    4615 Derry Street,
                 Harrisburg, PA 17111-2660
4775318         Green Tree Servicing, LLC,    345 St. Peter Street,    1100 Landmark Towers,    St. Paul, MN 55102
4775321        +Mark Fissel, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
4787498         TMSHMC HOSPITAL,    PO BOX 853,    HERSHEY, PA 17033-0853
4787496        +TMSHMC PHYSICIANS,    PO BOX 854,    HERSHEY, PA 17033-0854
4782183        +Thomas & Sarah Lane,    16041 NW 112th Court,    Reddick, FL 32686-2932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4802507         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2018 19:06:41
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
4776116        +E-mail/Text: bankruptcy@cavps.com Jul 26 2018 19:00:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4775314        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 26 2018 19:00:14      Credit Collect,
                 Po Box 9134,    Needham, MA 02494-9134
4775315         E-mail/Text: bankruptcy.bnc@ditech.com Jul 26 2018 18:59:55     DiTech,   P.O. Box 6172,
                 Rapid City, SD 57709-6172
4826080         E-mail/Text: bankruptcy.bnc@ditech.com Jul 26 2018 18:59:55     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
4775316        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 26 2018 18:59:55     Ditech Financial, LLC,
                 1400 Landmark Towers,    345 St. Peter Street,    Saint Paul, MN 55102-1211
4775319        +E-mail/Text: hfcucollections@hersheyfcu.org Jul 26 2018 19:00:11      Hershey FCU,
                 904 E Chocolate Ave,    Hershey, PA 17033-1215
4775320         E-mail/Text: cio.bncmail@irs.gov Jul 26 2018 18:59:53     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
4775322         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2018 18:59:58
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4775323        +E-mail/Text: colleen.atkinson@rmscollect.com Jul 26 2018 19:00:15      Receivable Management,
                 7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
4775324        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 26 2018 18:59:51
                 Verizon Wireless,    P.o. Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Thomas & Sarah Lane,    16041 NW 112th Court,   Reddick, FL 32686-2932
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Creditor Thomas & Sarah Lane gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
```

```
District/off: 0314-1           User: REshelman         Page 2 of 2              Date Rcvd: Jul 26, 2018
                               Form ID: pdf010         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jerome B Blank    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          Thomas   Song    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
          Thomas   Song    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          Tracy Lynn Updike    on behalf of Debtor 1 Daniel J. Chatterton tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**DANIEL J. CHATTERTON**
**AKA: DAN J. CHATTERTON**

Chapter: 13

Debtor 1

Case No.: 1-16-bk-01511-RNO

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**
    vs.    Movant(s)

**DANIEL J. CHATTERTON**
**AKA: DAN J. CHATTERTON**
    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: July 26, 2018

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17

Case 1:16-bk-01511-RNO    Doc 79    Filed 07/28/18    Entered 07/29/18 00:44:10    Desc
Imaged Certificate of Notice    Page 3 of 3